IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST COMMUNICATIONS LIMITED, and RMAIL LIMITED,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DOCUSIGN, INC., et al.<br><br>　　Defendants. | Civil Action No. 2:12-cv-683 |

### ORDER

In consideration of Plaintiffs RPost Holdings, Inc., RPost Communications Limited, and RMail Limited's Notice of Voluntary Dismissal Without Prejudice before service of an answer or other responsive pleading by Defendant REMAX Corp., the Court dismisses all claims against this defendant without prejudice, with each party to bear its own fees and costs.

**So Ordered and Signed on this**

**Aug 14, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE